IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Estate of Venita Felton,  )
                          )
    Plaintiff,            )
                          )
v.                        )
                          )
DISTRICT OF COLUMBIA, et al.,  ) C.A. No. 1:10-cv-00076
                          )         (EGS)
    Defendants.           )
                          )

**PLAINTIFF'S ANSWERS TO DEFENDANT INDIVIDUAL DEVELOPMENT, INC.'s REQUESTS FOR ADMISSIONS**

COMES NOW Plaintiff, the Estate of Venita Felton, by counsel, and in response to Defendant Individual Development, Inc.'s Requests for Admission, responds as follows:

**Requests for Admission**

1. Duery Felton has been appointed as Legal Guardian for Venita Felton.

**RESPONSE:** Denied.

2. Duery Felton was appointed as Legal Guardian for Venita Felton prior to 2005.

**RESPONSE:** Denied.

3. Plaintiff, the Estate of Venita Felton, has never sent a notice of claim to Individual Development, Inc. pursuant to D.C. Code § 16-2802.

**RESPONSE:** Objection, Defendant Individual Development Inc., ("IDI") is not a health care provider as defined in D.C. Code § 16-2801 and this case does not involve a claim of medical malpractice against IDI, therefore no notice "pursuant to D.C. Code § 16-2802" was required to be or could be sent to IDI.

4. Individual Development, Inc. is a long term care provider within the definition of D.C. Code § 16-2801.

**RESPONSE:** Denied.

Respectfully submitted,

Estate of Venita Felton
By Counsel

*/s/ Harvey S. W*

Harvey S. Williams, Esq.
D.C. Bar No. 437147
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W.
Suite 225
Washington, D.C. 20009
Tel (202) 462-5900
Fax (202) 462-5904
hsw@williamslegal.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Answers to Defendant Individual Development, Inc.'s Requests for Admissions was sent this 12th day of March 2014, by email and first-class mail, postage prepaid, to: Thomas C. Mugavero, Esq., Whiteford, Taylor & Preston, LLP, 3190 Fairview Park Drive, Suite 300, Falls Church, VA 22042, Counsel for Defendant Individual Development, Inc.; J. Michael Hannon, Esq., Hannon Law Group, LLP, 1901 18th Street, N.W., Washington, D.C. 20009, Counsel for Defendant VOCA Corporation of Washington, D.C.; James S. Aist, Esq., Anderson, Coe & King. LLP, 201 North Charles Street, Suite 2000, Baltimore, MD 21201, Counsel for Defendants PSI Associates, Inc. and PSI Services, Inc.; and Soriya R. Chhe, Assistant Attorney General, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001, Counsel for Defendant District of Columbia.

*/s/ Harvey S. W*

Harvey S. Williams

2